MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ROBERTO DIAZ,<br><br>  Plaintiff,<br><br>vs.<br><br>ANDREW SAUL<br>Commissioner of Social Security,<br><br>  Defendant. | Case No.: 2:19-cv-00537-KJN<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND ORDER** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended from November 4, 2019 to **December 13, 2019**. This is Defendant's first request for extension. Good cause exists to grant Defendant's request for extension. Counsel for Defendant (Counsel) was out on intermittent family medical leave to take care of her elderly mother, who had two surgeries in the last couple months. In addition, Counsel also has over 100+ active social security matters, which require two more dispositive motions until mid-December, and three pending Ninth Circuit matters which require multiple levels of review. In addition, Counsel has been having ongoing health issues and was out of the office on intermittent sick leave the last few weeks. Due to unanticipated leave and heavy caseload, Counsel needs additional time to

adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment. Counsel is also expected to be out on leave for the Thanksgiving holiday from November 28, 2019 to December 6, 2019. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but made her request as soon as reasonably practicable, as Counsel has been out of the office.

Respectfully submitted,

Dated: November 4, 2019 /s/ Steven H. Berniker
(*as authorized by email on November 4, 2019
STEVEN HARRIS BERNIKER
Attorney for Plaintiff

Dated: November 4, 2019 MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By /s/ Tina L. Naicker
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

Dated: November 6, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

diaz.537