MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ROBERTO DIAZ,<br><br>    Plaintiff,<br><br>    vs.<br>ANDREW SAUL<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:19-cv-00537-KJN<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND ORDER** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended from January 15, 2019 to **February 20, 2020**. This is Defendant's third request for extension. Good cause exists to grant Defendant's request for extension. Counsel had to take additional leave following a severe sprain to her left (dominant) hand/wrist as she was moving residences on January 4, 2019, rendering incapable of using her left hand for one week and still is causing Counsel severe, radiating pain with prolonged typing/movement of her hand. Counsel is on intermittent leave pending further evaluation and respectfully requests additional time in order to rest her left hand/wrist, as recommended by her doctor. In addition, Counsel also has over 100+ active social security matters, which require two more dispositive motions until mid-February,

1

and two pending Ninth Circuit matters which require multiple levels of review with upcoming due dates this week and next week. Due to unanticipated leave and heavy caseload, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but made her request as soon as reasonably practicable, as Counsel has been out of the office.

Respectfully submitted,

Dated: January 15, 2020  /s/ Steven H. Berniker
(*as authorized by email on January 15, 2020
STEVEN HARRIS BERNIKER
Attorney for Plaintiff

Dated: January 15, 2020  MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By  /s/ Tina L. Naicker
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

Dated: January 17, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Diaz.537

2